# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

HOWARD COHAN,

    Plaintiff,

v.  Case No: 6:24-cv-297-GAP-DCI

BUFFALO ORLANDO III, LLC,

    Defendant

## ORDER

Pursuant to the Joint Stipulation (Doc. 15), this case is hereby **DISMISSED WITH PREJUDICE**, with each party bearing its own costs and fees, except as provided for in the parties' settlement agreement. The Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on April 2, 2024.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties